**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __Texas__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   California Resources Corporation

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   4 6 – 5 6 7 0 9 4 7

4. **Debtor's address**

   **Principal place of business**

   27200  Tourney Road
   Number     Street

   Suite 200

   Santa Clarita    CA    91355
   City             State  ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number     Street

   P.O. Box

   City             State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number     Street

   City             State  ZIP Code

5. **Debtor's website** (URL)

   https://crc.com

Debtor    California Resources Corporation      Case number (*if known*) _____
         *Name*

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>    5  5  1  1 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply*:<br>   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.   District _____ When _____ Case number _____<br>                                     MM / DD / YYYY<br>          District _____ When _____ Case number _____<br>                                     MM / DD / YYYY |

Debtor  California Resources Corporation       Case number (*if known*)_____
        Name

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? |
|---|---|

☐ No
☒ Yes.   Debtor  See Annex 1         Relationship _____
         District _____       When _____
                                       MM / DD / YYYY
         Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number     Street
                         _____
                         _____   _____ _____
                         City                       State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors[1]**

☐ 1-49            ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000     ☒ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000    ☐ More than 100,000
☐ 200-999

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **3**

---

[1] The estimated number of creditors is provided on a consolidated basis for all debtors.

Debtor  California Resources Corporation  Case number (if known)_____
        Name

| 15. Estimated assets[2] | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☒ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities[2] | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☒ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07 / 15 / 2020
             MM  / DD  / YYYY

✗  /s/ Todd A. Stevens                            Todd A. Stevens
   Signature of authorized representative of debtor    Printed name

   Title  President and Chief Executive Officer

**18. Signature of attorney**

✗  /s/ Paul E. Heath                              Date  07 / 15 / 2020
   Signature of attorney for debtor                     MM  / DD  / YYYY

Paul E. Heath
Printed name

Vinson & Elkins LLP
Firm name

1001         Fannin Street, Suite 2500
Number       Street

Houston                                    TX          77002-6760
City                                       State       ZIP Code

(713) 758-2222                             pheath@velaw.com
Contact phone                              Email address

09355050                                   TX
Bar number                                 State

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page **4**

---

[2] The estimated assets and estimated liabilities are provided on a consolidated basis for all debtors.

## ANNEX 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in this Court for relief under Chapter 11 of Title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the Chapter 11 case of California Resources Corporation.

1. California Resources Corporation
2. California Heavy Oil, Inc.
3. California Resources Coles Levee, L.P.
4. California Resources Coles Levee, LLC
5. California Resources Elk Hills, LLC
6. California Resources Long Beach, Inc.
7. California Resources Mineral Holdings LLC
8. California Resources Petroleum Corporation
9. California Resources Production Corporation
10. California Resources Production Mineral Holdings, LLC
11. California Resources Real Estate Ventures, LLC
12. California Resources Royalty Holdings, LLC
13. California Resources Tidelands, Inc.
14. California Resources Wilmington, LLC
15. CRC Construction Services, LLC
16. CRC Marketing, Inc.
17. CRC Services, LLC
18. Monument Production, Inc.
19. Oso Verde Farms, LLC
20. Socal Holding, LLC
21. Southern San Joaquin Production, Inc.
22. Thums Long Beach Company
23. Tidelands Oil Production Company LLC

Official Form 201A (12/15)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re | x : : | Chapter 11 |
| **CALIFORNIA RESOURCES CORPORATION, et al.,** | : : : | Case No. (20-_____) (__)  Joint Administration Pending |
| **Debtors.** | : : x |  |

# Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _001-36478_____.

2. The following financial data is the latest available information and refers to the debtor's condition on __03/31/2020_____.

    a. Total assets                                             $ 4,068,000,000

    b. Total debts (including debts listed in 2.c., below)      $ 6,116,000,000

    c. Debt securities held by more than 500 holders

                                                                                   Approximate number of holders:

    secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
    secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
    secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
    secured ☐   unsecured ☐   subordinated ☐   $ _____   _____
    secured ☐   unsecured ☐   subordinated ☐   $ _____   _____

    d. Number of shares of preferred stock                                      0
    e. Number of shares common stock                                    49,453,297

    Comments, if any: _____

3. Brief description of debtor's business:  Independent oil and natural gas exploration and production company

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
The Vanguard Group and BlackRock, Inc.

Fill in this information to identify the case:
Debtor name __CALIFORNIA RESOURCES CORPORATION, et al.__
United States Bankruptcy Court for the: __Southern District of Texas Houston Division__
Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | WILMINGTON TRUST, N.A., AS ADMINISTRATIVE AGENT<br>ATTN: HALLIE E. FIELD<br>VICE PRESIDENT<br>50 SOUTH SIXTH STREET<br>SUITE 1290<br>MINNEAPOLIS, MN  55402<br>UNITED STATES | HALLIE E. FIELD<br>EMAIL - HFIELD@WILMINGTONTRUST.COM<br>PHONE - 612-217-5644<br>FAX - 612-217-5651 | Unsecured Notes | | | | $144,279,000 |
| 2 | KERN COUNTY<br>ATTN: KATHLEEN FRAUSE<br>CLERK OF THE BOARD<br>1115 TRUXTUN AVENUE, 5TH FLOOR<br>BAKERSFIELD, CA  93301<br>UNITED STATES | KATHLEEN FRAUSE<br>EMAIL - CAOMAILBOX@KERNCOUNTY.COM<br>PHONE - 661-868-3140<br>FAX - 661-868-3100 | Tax Claim | | | | $25,491,014 |
| 3 | SOUTHERN CALIFORNIA EDISON CO<br>ATTN: CHUCK WILSON<br>SCE ACCOUNT EXECUTIVE<br>6 POINTE DR 4TH FLR<br>AJAYKUMAR BHAVSAR<br>BREA, CA  92821<br>UNITED STATES | CHUCK WILSON<br>EMAIL - CHARLES.L.WILSON@SCE.COM<br>PHONE - 805-654-7103 | Trade Claim | Unliquidated | | | Undetermined |
| 4 | MACPHERSON OIL COMPANY LLC<br>ATTN: DON MACPHERSON<br>CHAIRMAN AND CEO<br>100 WILSHIRE, SUITE 800<br>SANTA MONICA, CA  90401<br>UNITED STATES | DON MACPHERSON<br>EMAIL - RKIM@MACPHERSONENERGY.COM<br>(RUBIN KIM, VP OF FINANCE)<br>PHONE - 310-452-3880<br>FAX - 310-452-0058 | Trade Claim | Unliquidated | | | Undetermined |
| 5 | CRIMSON RESOURCES MANAGEMENT<br>ATTN: GARY BUNTMANN<br>CEO & PRESIDENT<br>410 17TH ST STE 1010<br>DENVER, CO  80202<br>UNITED STATES | GARY BUNTMANN<br>EMAIL - AMARION@CRIMSONRM;<br>GBUNTMANN@CRIMSONRM.COM<br>PHONE - 303-892-9333<br>FAX - 303-825-1035<br>303-327-7660 | Trade Claim | Unliquidated | | | Undetermined |
| 6 | ENSIGN UNITED STATES DRILLING CALIFORNIA INC<br>ATTN: R.H. (BOB) GEDDES<br>PRESIDENT & COO<br>7001 CHARITY AVE<br>BAKERSFIELD, CA  93308-5824<br>UNITED STATES | R.H. (BOB) GEDDES<br>EMAIL - INFO@ENSIGNENERGY.COM<br>PHONE - 403-262-1361<br>FAX - 403-262-8215 | Trade Claim | | | | $2,712,656 |
| 7 | PACIFIC GAS & ELECTRIC CO<br>ATTN: DENISE NEWTON<br>PGE ACCOUNT MANAGER<br>4101 WIBLE RD<br>BAKERSFIELD, CA  93313<br>UNITED STATES | DENISE NEWTON<br>EMAIL - DAN8@PGE.COM<br>PHONE - 661-398-5950 or 661-754-4000 | Trade Claim | Unliquidated | | | Undetermined |
| 8 | ARB INC<br>ATTN: SCOTT SUMMERS<br>PRESIDENT<br>26000 COMMERCENTRE DR<br>LAKE FOREST, CA  92630-8816<br>UNITED STATES | SCOTT SUMMERS<br>EMAIL - SSUMMERS@ARBINC.COM<br>PHONE - 949-598-9242<br>FAX - 949-595-5526 | Trade Claim | | | | $1,996,959 |
| 9 | VENTURA COUNTY<br>ATTN: STEVEN HINTZ<br>TAX COLLECTOR<br>800 S. VICTORIA AVE.<br>VENTURA, CA  93009<br>UNITED STATES | STEVEN HINTZ<br>EMAIL - STEVEN.HINTZ@VENTURA.ORG<br>PHONE - 805-654-5000<br>FAX - 805-388 5318 | Tax Claim | | | | $1,915,147 |

Debtor name  CALIFORNIA RESOURCES CORPORATION, et al.                                                     Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 10 | SCHULTZ MECHANICAL CONTRACTORS INC<br>ATTN: MIKE TEAGUE<br>LABOR RELATIONS MANAGER<br>3323 LIME AVE<br>SIGNAL HILL, CA  90755<br>UNITED STATES | MIKE TEAGUE<br>EMAIL - MTEAGUE@SCHULTZINDUSTRIAL.COM<br>PHONE - 562-595-8596<br>FAX - 562-426-3037 | Trade Claim | | | | $1,839,318 |
| 11 | ORANGE COUNTY CA<br>ATTN: SHARI L. FRIEDENRICH<br>TAX COLLECTOR<br>601 NORTH ROSS ST., SECOND FLOOR<br>SANTA ANA, CA  92702-4515<br>UNITED STATES | SHARI L. FRIEDENRICH<br>EMAIL - TREASURER@TTC.OCGOV.COM<br>PHONE - 714-834-7625<br>FAX - 714-834-2912 | Tax Claim | | | | $1,710,448 |
| 12 | KENAI DRILLING LTD<br>ATTN: DONNA MARIER<br>ACCOUNTING MANAGER<br>6430 CAT CANYON RD.<br>SANTA MARIA, CA  93454<br>UNITED STATES | DONNA MARIER<br>EMAIL - DMARIER@KENAIDRILLING.COM<br>PHONE - 805-937-7871<br>FAX - 805-937-4768 | Trade Claim | | | | $1,518,000 |
| 13 | KVS TRANSPORTATION INC<br>ATTN: DANNY SHAFFER<br>PRESIDENT<br>3752 ALLEN RD<br>BAKERSFIELD, CA  93314<br>UNITED STATES | DANNY SHAFFER<br>EMAIL - AR SUPERVISOR: ANH.NGO@CJES.COM<br>PHONE - 661-589-5220<br>FAX - 661-589-7143 | Trade Claim | | | | $1,421,776 |
| 14 | GARTNER INC<br>ATTN: EUGENE HALL<br>CEO<br>56 TOP GALLANT ROAD<br>STAMFORD, CT  06902<br>UNITED STATES | EUGENE HALL<br>EMAIL - EUGENE.HALL@GARTNER.COM; PRIVACY@GARTNER.COM<br>PHONE - 203-964-0096<br>FAX - 203-234-7901 | Trade Claim | | | | $1,061,678 |
| 15 | LIBERTY LIFT SOLUTIONS LLC<br>ATTN: BOBBY EVANS<br>PRESIDENT & CEO<br>16420 PARK TEN PL, STE 300<br>HOUSTON , TX  77084<br>UNITED STATES | BOBBY EVANS<br>EMAIL - BOBBY.EVANS@LIBERTYLIFT.COM<br>PHONE - 713-575-2300<br>FAX - 713-396-5493 | Trade Claim | | | | $935,772 |
| 16 | BRINDERSON LP<br>ATTN: RUSSELL CONDASAID<br>PRESIDENT<br>19000 MACARTHUR BLVD STE 800<br>IRVINE, CA  92612<br>UNITED STATES | RUSSELL CONDASAID<br>EMAIL - JPRICE@BRINDERSON.COM<br>PHONE - 714-465-0523<br>FAX - 714-466-7320 | Trade Claim | | | | $903,032 |
| 17 | UNIVERSAL PLANT SERVICES OF CALIFORNIA INC<br>ATTN: BRADLEY JONES<br>PRESIDENT<br>20545 A BELSHAW AVE<br>CARSON, CA  90746<br>UNITED STATES | BRADLEY JONES<br>EMAIL - UPSESOURCING@UNIVERSALPLANT.COM<br>PHONE - 310-618-1600<br>FAX - 310-618-1300 | Trade Claim | | | | $875,329 |
| 18 | CONTRA COSTA ELECTRIC INC<br>ATTN: MICHAEL DIAS<br>CEO<br>825 HOWE RD<br>MARTINEZ, CA  94553<br>UNITED STATES | MICHAEL DIAS<br>EMAIL - DBRAWNER@CCELECTRIC.COM<br>PHONE - 925-229-4250<br>FAX - 925-228-3265 | Trade Claim | | | | $827,540 |
| 19 | SPEC SERVICES INC<br>ATTN: KIM HENRY<br>CEO, PRESIDENT<br>10540 TALBERT AVE<br>STE 100 E<br>FOUNTAIN VALLEY, CA  92708<br>UNITED STATES | KIM HENRY<br>EMAIL - INFO@SPECSERVICES.COM<br>PHONE - 714-963-8077<br>FAX - 714-963-0364 | Trade Claim | | | | $812,985 |
| 20 | BASIC ENERGY SERVICES LP<br>ATTN: KEITH SCHILLING<br>CEO, PRESIDENT<br>801 CHERRY STREET<br>SUITE 2100<br>FORT WORTH, TX  76102<br>UNITED STATES | KEITH SCHILLING<br>EMAIL - BASICENERGYSERVICES.ETHICSPOINT.COM<br>PHONE - 817-334-4100<br>FAX - 432-570-0437 | Trade Claim | | | | $596,840 |
| 21 | NAME ON FILE<br>ATTN: EMPLOYEE 1<br>ADDRESS ON FILE | EMPLOYEE 1<br>EMAIL -<br>PHONE -<br>FAX - | Employee Claim | | | | Undetermined |

Official Form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims                    Page 2

Debtor name CALIFORNIA RESOURCES CORPORATION, et al.    Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 22 | NAME ON FILE<br>ATTN: EMPLOYEE 2<br>ADDRESS ON FILE | EMPLOYEE 2<br>EMAIL -<br>PHONE -<br>FAX - | Employee Claim | | | | Undetermined |
| 23 | NAME ON FILE<br>ATTN: EMPLOYEE 3<br>ADDRESS ON FILE | EMPLOYEE 3<br>EMAIL -<br>PHONE -<br>FAX - | Employee Claim | | | | Undetermined |
| 24 | NAME ON FILE<br>ATTN: EMPLOYEE 4<br>ADDRESS ON FILE | EMPLOYEE 4<br>EMAIL -<br>PHONE -<br>FAX - | Employee Claim | | | | Undetermined |
| 25 | NAME ON FILE<br>ATTN: EMPLOYEE 5<br>ADDRESS ON FILE | EMPLOYEE 5<br>EMAIL -<br>PHONE -<br>FAX - | Employee Claim | | | | Undetermined |
| 26 | NAME ON FILE<br>ATTN: EMPLOYEE 6<br>ADDRESS ON FILE | EMPLOYEE 6<br>EMAIL -<br>PHONE -<br>FAX - | Employee Claim | | | | Undetermined |
| 27 | NAME ON FILE<br>ATTN: EMPLOYEE 7<br>ADDRESS ON FILE | EMPLOYEE 7<br>EMAIL -<br>PHONE -<br>FAX - | Employee Claim | | | | Undetermined |
| 28 | NAME ON FILE<br>ATTN: EMPLOYEE 8<br>ADDRESS ON FILE | EMPLOYEE 8<br>EMAIL -<br>PHONE -<br>FAX - | Employee Claim | | | | Undetermined |
| 29 | NAME ON FILE<br>ATTN: EMPLOYEE 9<br>ADDRESS ON FILE | EMPLOYEE 9<br>EMAIL -<br>PHONE -<br>FAX - | Employee Claim | | | | Undetermined |
| 30 | NAME ON FILE<br>ATTN: EMPLOYEE 10<br>ADDRESS ON FILE | EMPLOYEE 10<br>EMAIL -<br>PHONE -<br>FAX - | Employee Claim | | | | Undetermined |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re<br><br>CALIFORNIA RESOURCES CORPORATION, *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. (20-_____) (__)<br><br>Joint Administration Pending |

## CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY SECURITY HOLDERS[2]

Pursuant to rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure, California Resources Corporation ("CRC"), on behalf of itself and certain of its affiliates as debtors and debtors-in-possession (collectively, the "Debtors"), respectfully represents:

1. 7.47% of CRC is owned by The Vanguard Group, 100 Vanguard

---

[1] The Debtors in these chapter 11 cases and the last four digits of their U.S. taxpayer identification numbers are: California Resources Corporation (0947); California Heavy Oil, Inc. (4630); California Resources Coles Levee, L.P. (2995); California Resources Coles Levee, LLC (2087); California Resources Elk Hills, LLC (7310); California Resources Long Beach, Inc. (6046); California Resources Mineral Holdings LLC (4443); California Resources Petroleum Corporation (9218); California Resources Production Corporation (5342); California Resources Production Mineral Holdings, LLC (9071); California Resources Real Estate Ventures, LLC (6931); California Resources Royalty Holdings, LLC (6393); California Resources Tidelands, Inc. (0192); California Resources Wilmington, LLC (0263); CRC Construction Services, LLC (7030); CRC Marketing, Inc. (0941); CRC Services, LLC (6989); Monument Production, Inc. (0782); Oso Verde Farms, LLC (7436); Socal Holding, LLC (3524); Southern San Joaquin Production, Inc. (4423); Thums Long Beach Company (1774); Tidelands Oil Production Company LLC (5764). The Debtors' corporate headquarters is located at 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

[2] This list reflects holders of five percent or more of CRC's common stock. This list serves as the disclosure required to be made by the Debtors pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure. Pursuant to the *Debtors' Emergency Motion for an Order (I) Extending the Time to File (A) Schedules of Assets And Liabilities, (B) Schedules of Current Income and Expenditures, (C) Schedules of Executory Contracts and Unexpired Leases, (D) Statements of Financial Affairs, and (E) Rule 2015.3 Financial Reports; (II) Waiving the Requirement to File a List of Equity Security Holders; and (III) Granting Related Relief* filed contemporaneously herewith, is the Debtors are requesting a waiver of the requirement under rule 1007 to file a list of all of CRC's equity security holders.

Boulevard, Malvern, PA 19355; and 6.30% of CRC is owned by Blackrock Inc. 55 East 52nd Street, New York, NY 10055.

2. 100% of California Heavy Oil, Inc. is owned by CRC, 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

3. 100% of California Resources Elk Hills, LLC is owned by CRC, 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

4. 100% of California Resources Coles Levee, LLC is owned by California Resources Elk Hills, LLC, 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

5. 100% of California Resources Long Beach, Inc. is owned by CRC, 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

6. 100% of Thums Long Beach Company is owned by California Resources Long Beach, Inc., 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

7. 100% of California Resources Tidelands, Inc. is owned by California Resources Long Beach, Inc., 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

8. 100% of California Resources Wilmington, LLC is owned by California Resources Tidelands, Inc., 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

9. 75% of Tidelands Oil Production Company LLC is owned by California Resources Tidelands, Inc., 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355; and 25% of Tidelands Oil Production Company LLC is owned by California Resources Wilmington, LLC, 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

10. 100% of California Resources Mineral Holdings LLC is owned by CRC, 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

11. 100% of California Resources Petroleum Corporation is owned by CRC, 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

12. 100% of the limited partnership interest in California Resources Coles Levee, L.P. is owned by California Resources Petroleum Corporation, 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355. The general partner of California Resources Coles Levee, L.P. is California Resources Coles Levee, LLC, 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

13. 100% of California Resources Production Corporation is owned by CRC, 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

14. 100% of Monument Production, Inc. is owned by California Resources Production Corporation, 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

15. 100% of California Resources Production Mineral Holdings, LLC is owned by CRC, 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

16. 100% of California Resources Real Estate Ventures, LLC is owned by CRC, 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

17. 100% of California Resources Royalty Holdings, LLC is owned by CRC, 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

18. 100% of CRC Construction Services, LLC is owned by CRC, 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

19. 100% of CRC Marketing, Inc. is owned by CRC, 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

20. 100% of CRC Services, LLC is owned by CRC, 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

21. 100% of Oso Verde Farms, LLC is owned by CRC, 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

22. 100% of Socal Holding, LLC is owned by CRC, 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

23. 100% of Southern San Joaquin Production, Inc. is owned by CRC, 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

**Fill in this information to identify the case and this filing:**

Debtor Name: California Resources Corporation

United States Bankruptcy Court for the: Southern District of Texas
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/ 15 / 2020
MM / DD / YYYY

✗ /s/ Todd A. Stevens
Signature of individual signing on behalf of debtor

Todd A. Stevens
Printed name

President and Chief Executive Officer
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

## CALIFORNIA RESOURCES CORPORATION

## SECRETARY'S CERTIFICATE

## July 15, 2020

       This Secretary's Certificate (this "**Certificate**") is delivered by Michael L. Preston, in his capacity as the duly elected or appointed Senior Executive Vice President, Chief Administrative Officer, General Counsel and Corporate Secretary of California Resources Corporation (the "**Company**").  The undersigned hereby certifies, in such capacity (and not in his individual capacity), that attached hereto as Exhibit A are true, correct and complete copies of the resolutions adopted by the Board of Directors of the Company, authorizing the filing of the Petition (as defined therein) and any documents related thereto.  The aforementioned resolutions have not been amended, rescinded or modified since their adoption and execution, and remain in full force and effect as of the date hereof.

SC1:5258556.1

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the date first above written.

    DocuSigned by:
    *Michael Preston*
    —54501219903A4FD...

Name:    Michael L. Preston
Title:     Senior Executive Vice President, Chief Administrative Officer, General Counsel and Corporate Secretary

Signature Page to Secretary's Certificate of California Resources Corporation

SC1:5258556.1

## Exhibit A

## Resolutions

[See attached]

SC1:5258556.1

*Execution Version*

# RESOLUTIONS OF
# THE BOARD OF DIRECTORS OF
# CALIFORNIA RESOURCES CORPORATION

**Voluntary Petition and Bankruptcy Case**

**WHEREAS**, the Board has reviewed and discussed the financial and operational condition of the Company and the Company's business on the date hereof, including the current and historical performance of the Company, the assets and liquidity of the Company, the current and long-term liabilities of the Company, credit and energy market conditions and commodity prices;

**WHEREAS**, the Board has received, reviewed, and discussed the recommendations of management of the Company and the Company's legal, financial, and other advisors as to the relative risks and benefits of the strategic alternatives available to the Company, including a bankruptcy proceeding (the "**Bankruptcy Case**") under the provisions of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**"), and has discussed forms or descriptions of the key "first day" and "second day" filings that would be proposed to be made by the Company in connection with the Bankruptcy Case (the "**Initial Filings**");

**WHEREAS**, after review and discussion and due consideration of all of the information presented to the Board, the Board deems it advisable and in the best interests of the Company, its shareholders, its creditors, its subsidiaries, stakeholders, and other interested parties, for the Company to commence the Bankruptcy Case by filing a voluntary petition for relief under the provisions of the Bankruptcy Code (the "**Petition**");

**WHEREAS**, the Board deems it advisable and in the best interests of the Company, its shareholders, its creditors, its subsidiaries, stakeholders, and other interested parties for the Company to make the Initial Filings and to conduct the business of the Company as contemplated thereby;

**NOW, THEREFORE BE IT RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its shareholders, its creditors, its subsidiaries, stakeholders, and other interested parties that the Petition and the Initial Filings be filed by the Company in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"); and be it further

**RESOLVED**, that the Company shall be, and hereby is, authorized, directed and empowered (i) to file the Petition and the Initial Filings and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; and be it further

**RESOLVED**, that any director or officer of the Company (each, a "**Designated Person**" and collectively, the "**Designated Persons**") be, and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute and verify the Petition and the Initial Filings as well as all other ancillary documents and to cause the Petition and the Initial Filings to be filed with the Bankruptcy Court, and to make or cause to be made prior to the execution thereof any modifications to the Petition, the Initial Filings, or any ancillary documents, and to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents, agreements, deeds, letters, instruments or certificates necessary or desirable in connection with any of the foregoing; and be it further

**RESOLVED**, that the law firm of Sullivan & Cromwell LLP ("**S&C**") be, and hereby is, authorized, empowered and directed to represent the Company as its general bankruptcy counsel in connection with the Bankruptcy Case, to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of S&C; and be it further

**RESOLVED**, that the law firm of Vinson & Elkins LLP ("**V&E**") be, and hereby is, authorized, empowered and directed to represent the Company as bankruptcy co-counsel in connection with the Bankruptcy Case, to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of V&E; and be it further

**RESOLVED**, that the investment bank of Perella Weinberg Partners ("**Perella**") be, and hereby is, engaged to provide investment banking and other related services to the Company in the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Perella; and be it further

**RESOLVED**, that the firm of Alvarez & Marsal North America, LLC ("**A&M**") be, and hereby is, engaged to provide restructuring advice and other related services to the Company in the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of A&M; and be it further

**RESOLVED**, that the firm of Epiq Corporate Restructuring, LLC ("**Epiq**") be, and hereby is, engaged to act as notice, claims and balloting agent and to provide other related services to the Company in the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Epiq; and be it further

**RESOLVED**, that in addition to the existing signatories of the Company, any Designated Person, acting alone or in any combination, be, and hereby is, authorized to cause the Company to employ other special counsel, financial advisors, investment bankers, accountants, restructuring

advisors, notice, balloting and claims agents and other professionals as appropriate in connection with the Bankruptcy Case and all related matters.

### General Authorizations

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Designated Persons, and in addition to the existing signatories of the Company, any of the Designated Persons, acting alone or in any combination, be, and hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and things, including the payment of all fees, expenses, appropriate retainers and other amounts payable by the Company with respect to the foregoing, and to execute, file (or cause to be filed) and deliver all such other instruments, certificates, agreements and documents as he or she may consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purposes of the foregoing resolutions and perform the obligations of the Company under the Bankruptcy Code; and be it further

**RESOLVED**, that the Designated Persons be, and each of them acting alone is, hereby authorized, directed and empowered from time to time in the name and on behalf of the Company, to adopt resolutions and otherwise exercise the rights and powers of the Company as such Designated Person may deem necessary, appropriate or desirable; and that thereupon such resolutions shall be deemed adopted as and for the resolutions of each such subsidiary of the Company; and be it further

**RESOLVED**, that all actions heretofore taken by any officer or director of the Company in connection with the foregoing resolutions, the Petition and related matters be, and they hereby are, confirmed, ratified and approved in all respects.