

ENTERED
12/03/2020

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

---------------------------------------------------- x

In re                                                        :          Chapter 11

                                                             :

California Resources Corporation, *et al.,* [1]    :          Case No. 20-33568 (DRJ)

                                                             :

                              Debtors.                 :          Jointly Administered

---------------------------------------------------- x          (Docket No. 678)

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF KRAMER LEVIN
NAFTALIS & FRANKEL LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF CALIFORNIA RESOURCES CORPORATION, *ET AL.*,
FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY
EXPENSES INCURRED FOR THE COMPENSATION PERIOD FROM
<u>JULY 29, 2020 THROUGH OCTOBER 13, 2020</u>**

Upon the *First and Final Fee Application of Kramer Levin Naftalis & Frankel LLP,*

*Counsel to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation*

*and Reimbursement of Expenses for Services Rendered During the Period from July 29, 2020*

*Through October 13, 2020* (the "**Application**") the Court having jurisdiction over the Application;

and due and adequate notice of the Application having been given pursuant to the Bankruptcy

Code, the Bankruptcy Rules, and the Local Rules[2] and the Court having read and considered the

---

[1] The Debtors in these chapter 11 cases and the last four digits of their U.S. taxpayer identification numbers are: California Resources Corporation (0947); California Heavy Oil, Inc. (4630); California Resources Coles Levee, L.P. (2995); California Resources Coles Levee, LLC (2087); California Resources Elk Hills, LLC (7310); California Resources Long Beach, Inc. (6046); California Resources Mineral Holdings LLC (4443); California Resources Petroleum Corporation (9218); California Resources Production Corporation (5342); California Resources Production Mineral Holdings, LLC (9071); California Resources Real Estate Ventures, LLC (6931); California Resources Royalty Holdings, LLC (6393); California Resources Tidelands, Inc. (0192); California Resources Wilmington, LLC (0263); CRC Construction Services, LLC (7030); CRC Marketing, Inc. (0941); CRC Services, LLC (6989); Monument Production, Inc. (0782); Oso Verde Farms, LLC (7436); Socal Holding, LLC (3524); Southern San Joaquin Production, Inc. (4423); Thums Long Beach Company (1774); Tidelands Oil Production Company LLC (5764). The Debtors' corporate headquarters is located at 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

[2] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

1

2

Application, objections to Application, if any, and arguments of counsel, if any; and any objections to the Application having been resolved or overruled; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.      The relief requested in the Application is hereby approved as provided herein;

2.      Kramer Levin is hereby awarded, on a final basis, the allowance of $1,502,509.00 for compensation for professional services and $5,157.00 for reimbursement of expenses rendered to the Official Committee of Unsecured Creditors during the period of July 29, 2020 through October 13, 2020; and

3.      The Debtors are hereby authorized to immediately pay Kramer Levin the unpaid portion of such allowed fees and expenses.

**Signed:  December 02, 2020.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**