

ENTERED
12/03/2020

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **CALIFORNIA RESOURCES CORPORATION**, *et al.,*[1] | Case No. 20-33568 |
| Debtors. | Jointly Administered |

**ORDER GRANTING FINAL FEE APPLICATION OF FTI CONSULTING, INC., FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JULY 30, 2020 THROUGH OCTOBER 13, 2020**
(Related to Docket No. 677)

Upon consideration of the *Final Fee Application of FTI Consulting, Inc., for Compensation for Services and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from July 30, 2020 through October 13, 2020* (the "Application")[2] filed by FTI Consulting, Inc. ("FTI"), financial advisor to the official committee of unsecured creditors (the "Committee") of the above-captioned debtors (the "Debtors"), the Court finds that: (a) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the fees and expenses

---

[1]   The Debtors in these chapter 11 cases and the last four digits of their U.S. taxpayer identification numbers are: California Resources Corporation (0947); California Heavy Oil, Inc. (4630); California Resources Coles Levee, L.P. (2995); California Resources Coles Levee, LLC (2087); California Resources Elk Hills, LLC (7310); California Resources Long Beach, Inc. (6046); California Resources Mineral Holdings LLC (4443); California Resources Petroleum Corporation (9218); California Resources Production Corporation (5342); California Resources Production Mineral Holdings, LLC (9071); California Resources Real Estate Ventures, LLC (6931); California Resources Royalty Holdings, LLC (6393); California Resources Tidelands, Inc. (0192); California Resources Wilmington, LLC (0263); CRC Construction Services, LLC (7030); CRC Marketing, Inc. (0941); CRC Services, LLC (6989); Monument Production, Inc. (0782); Oso Verde Farms, LLC (7436); Socal Holding, LLC (3524); Southern San Joaquin Production, Inc. (4423); Thums Long Beach Company (1774); Tidelands Oil Production Company LLC (5764). The Debtors' corporate headquarters is located at 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

[2]   Capitalized terms not defined herein shall have the meaning set forth in the application.

- 18 -

requested are reasonable, necessary, and beneficial to the Debtors' estates and should be allowed; (d) proper and adequate notice of the Application and hearing thereon has been given, no objections to the Application have been filed, and no other or further notice is required; and (e) good and sufficient cause exists for granting the relief herein. Therefore, it is hereby

**ORDERED** that FTI shall be allowed final compensation in accordance with the Fee Settlement in the amount of $1,295,452.00 for services rendered on behalf of the Committee for the period of July 30, 2020 through October 13, 2020. It is further

**ORDERED** that the Debtors are authorized to pay FTI all fees allowed pursuant to this Order. It is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed:  December 02, 2020.

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**