

ENTERED
12/14/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| CALIFORNIA RESOURCES CORPORATION, *et al.*,[1] | Case No. 20-33568 (DRJ) |
| | Jointly Administered |
| Debtors. | (Docket No. 689) |

## FINAL DECREE CLOSING CERTAIN OF THE CHAPTER 11 CASES

Upon the emergency motion (the "Motion")[2] of California Resources Corporation and its affiliated reorganized debtors (collectively, the "Reorganized Debtors"), for entry of a final decree (this "Final Decree"), pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, closing the Closed Cases; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334; and venue of these chapter 11 cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules, the Bankruptcy Local Rules and the Complex Case Procedures, and that, except as

---

[1] The Debtors in these chapter 11 cases and the last four digits of their U.S. taxpayer identification numbers are: California Resources Corporation (0947); California Heavy Oil, Inc. (4630); California Resources Coles Levee, L.P. (2995); California Resources Coles Levee, LLC (2087); California Resources Elk Hills, LLC (7310); California Resources Long Beach, Inc. (6046); California Resources Mineral Holdings LLC (4443); California Resources Petroleum Corporation (9218); California Resources Production Corporation (5342); California Resources Production Mineral Holdings, LLC (9071); California Resources Real Estate Ventures, LLC (6931); California Resources Royalty Holdings, LLC (6393); California Resources Tidelands, Inc. (0192); California Resources Wilmington, LLC (0263); CRC Construction Services, LLC (7030); CRC Marketing, Inc. (0941); CRC Services, LLC (6989); Monument Production, Inc. (0782); Oso Verde Farms, LLC (7436); Socal Holding, LLC (3524); Southern San Joaquin Production, Inc. (4423); Thums Long Beach Company (1774); Tidelands Oil Production Company LLC (5764). The Debtors' corporate headquarters is located at 27200 Tourney Road, Suite 200, Santa Clarita, CA 91355.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

otherwise ordered herein, no other or further notice is necessary; and any objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and upon the record of all of the proceedings had before this Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Reorganized Debtors, their estates, their creditors and all other parties-in-interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The following Closed Cases are hereby closed, effective as of the date of this Final Decree; *provided* that the Court shall retain jurisdiction as provided in the Plan and the Confirmation Order:

| Reorganized Debtor | Case No. |
| --- | --- |
| California Heavy Oil, Inc. | 20-33569 |
| California Resources Coles Levee, L.P. | 20-33571 |
| California Resources Coles Levee, LLC | 20-33572 |
| California Resources Elk Hills, LLC | 20-33573 |
| California Resources Long Beach, Inc. | 20-33574 |
| California Resources Mineral Holdings, LLC | 20-33575 |
| California Resources Petroleum Corporation | 20-33576 |
| California Resources Production Corporation | 20-33577 |
| California Resources Production Mineral Holdings, LLC | 20-33578 |
| California Resources Real Estate Ventures, LLC | 20-33579 |
| California Resources Royalty Holdings, LLC | 20-33580 |
| California Resources Tidelands, Inc. | 20-33581 |
| California Resources Wilmington, LLC | 20-33582 |
| CRC Construction Services, LLC | 20-33583 |
| CRC Marketing, Inc. | 20-33584 |
| Monument Production, Inc. | 20-33586 |
| Oso Verde Farms, LLC | 20-33587 |
| SoCal Holding, LLC | 20-33588 |
| Southern San Joaquin Production, Inc. | 20-33589 |
| Thums Long Beach Company | 20-33590 |
| Tidelands Oil Production Company LLC | 20-33565 |

2. The Open Cases of (a) California Resources Corporation, Case No. 20-33568, and (b) CRC Services, LLC, Case No. 20-33585, shall remain open pending the entry of a final decree by this Court closing the Open Cases.

3. All remaining matters, including final fee applications, whether or not they pertain to the Open Cases, shall be filed, administered and adjudicated in the Open Cases without the need to reopen these chapter 11 cases.

4. Any objections to claims against or interests in any of the Debtors may be filed, administered and adjudicated in the Open Cases.

5. Entry of this Final Decree is without prejudice to (a) the rights of the Reorganized Debtors or any party-in-interest to seek to reopen any of these chapter 11 cases for cause pursuant to section 350(b) of the Bankruptcy Code, and (b) the rights of the Reorganized Debtors to dispute, in an appropriate non-bankruptcy forum, all claims that were filed against the Debtors in these chapter 11 cases as contemplated by the Plan. Nothing in this Final Decree shall change the amount or nature of any distribution, or any other substantive rights, that any claim against or interest in any Debtor would have been entitled to under the Plan, the Confirmation Order, the Bankruptcy Code, the Bankruptcy Rules, or otherwise had this Final Decree not been entered.

6. Quarterly disbursements for the Open Cases will be reported pending the entry of a final decree by this Court closing the Open Cases.

7. The Closed Debtors, no later than 14 days after the date of entry of the Final Decree, shall pay the appropriate sum of quarterly fees due and payable under 28 U.S.C. § 1930(a)(6)(A) and (B) by remitting payment to the United States Trustee Payment Center, P.O. Box 6200-19, Portland, OR 98228-6200, and shall furnish evidence of such payment to the U.S.

Trustee. The payment shall reflect the Closed Debtors' account numbers and shall be transmitted with a "Chapter 11 Quarterly Disbursement and Fee Report" available from the U.S. Trustee. This Court shall retain jurisdiction to enforce payment of fees assed under 28 U.S.C. § 1930(a)(6)(A) and (B).

8. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree.

9. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Final Decree.

**Signed: December 10, 2020.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE